UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Kenneth H. Hart

          v.                              Civil No. 16-cv-28-PB

Ryan Goulette, et al



O R D E R


    After due consideration of the objection filed, I herewith

approve the Report and Recommendation of Magistrate Judge Andrea

K. Johnstone dated July 11, 2016.  Hart has not stated

sufficient grounds to support his request to have counsel

appointed at the present time. I will reassess this issue if his

remaining claims survive summary judgment.



     SO ORDERED.

                                   /s/ Paul Barbadoro
                                   _____
                                   Paul Barbadoro
                                   United States District Judge


Date: August 31, 2016

cc:   Kenneth H. Hart, pro se
      Elizabeth Mulholland, Esq.
      Seth Michael Zoracki, Esq.