UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth H. Hart</u>

     v.                                  Civil No. 16-cv-28-PB

<u>Ryan Goulette, et al</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 4, 2017. The plaintiff's motion to add parties and claims (Doc. No. 45) is denied.

    SO ORDERED.

                                      /s/ Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Court

Date: March 15, 2017

cc:   Kenneth H. Hart, pro se
      Counsel of Record