UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Kenneth H. Hart

          v.                          Civil No. 16-cv-28-PB

Ryan Goulette, et al



                         O R D E R


     After due consideration of the objection filed, I herewith

approve the Report and Recommendation of Magistrate Judge Andrea

K. Johnstone dated April 12, 2017.  The plaintiff's motion to

add parties and claims (Doc. No. 63) is denied.



     SO ORDERED.

                              /s/ Paul Barbadoro
                              Paul Barbadoro
                              United States District Court



Date: May 5, 2017

cc:   Kenneth H. Hart, pro se
      Counsel of Record