UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>Kenneth Hannibal Hart</u>

    v.                                  Civil No. 16-cv-028-PB

<u>Ryan Goulette; Page Kimball;</u>
<u>Eric Barbaro; Paul Cascio;</u>
<u>Michael Dube, Jr.; Dr. Linda</u>
<u>DeLorey; and Brendan Luba</u>


**<u>REPORT AND RECOMMENDATION</u>**


    In an endorsed order dated February 22, 2018, Judge Barbadoro remanded this case, directing this magistrate judge to consider defendants' objection to the Report and Recommendation that was issued on January 23, 2018, doc. no. 83. Based upon defendants' objection, their unopposed motion for summary judgment, doc. no. 69, should be granted in full.

    Document no. 83 recommended granting defendants' motion as to Claims 14(a) and 17, but denying it as to Claim 12. That recommendation was based upon deficiencies in the evidence defendants produced in support of their argument that Kenneth Hart had not exhausted the administrative remedies available to him with respect to his claim that Eric Barbaro and Michael Dube violated his rights under the Eighth Amendment to the United States Constitution by using a taser on him on April 15, 2012.

As noted in the previous Report and Recommendation, defendants produced evidence that Hart went through the first two levels of the three-level grievance procedure employed by the New Hampshire Department of Corrections ("DOC"), but did not produce satisfactory evidence that Hart failed to complete the process by filing with the Commissioner of the DOC a timely appeal the Warden's May 14, 2012, denial of his level-two grievance.

Defendants' objection solves that problem. Attached to their objection, defendants have produced an affidavit by Leslie Bartlett to which she attached every correspondence directed by Hart to the Office of the DOC Commissioner from April 15, 2012, through December 31, 2012. None of those submissions is a timely appeal of the Warden's denial of Hart's level-two grievance. Because it is undisputed that Hart never filed a level-three appeal with the Commissioner, Barbaro and Dube are entitled to judgment as a matter of law on Claim 12. Accordingly, defendants' motion for summary judgment, doc. no. 69, should be granted in full, and defendants DeLorey, Luba, and Dube should be dropped from the case.

Any objection to this Report and Recommendation must be filed within 14 days of receipt of this notice. <u>See</u> Fed. R. Civ. P. 72(b)(2). The 14-day period may be extended upon motion. Failure to file a specific written objection to the

Report and Recommendation within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016); Fed. R. Civ. P. 72(b)(2).

*[signature]*
Andrea K. Johnstone
United States Magistrate Judge

February 23, 2018

cc:   Kenneth Hart, pro se
      Seth Michael Zoracki, Esq.