```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Kenneth H. Hart

   v.                                          Case No. 16-cv-28-PB

Ryan Goulette, et al


                              ORDER

     After due consideration of the objections filed, I herewith approve the January 23, 2018 Report and Recommendation (Doc. No. 83), in part, to the extent it recommends that this court grant defendants' motion for summary judgment (Doc. No. 69), as to Claims 14(a) and 17. The supplemental February 23, 2018 Report and Recommendation (Doc. No. 90) is also approved.

     Accordingly, defendants' motion (Doc. No. 69) is granted in full; judgment as a matter of law shall be entered for defendants as to Claims 12, 14(a), and 17; and defendants DeLorey, Luba, and Dube are dropped from the case.


     SO ORDERED.

                                         /s/ Paul J. Barbadoro
                                         Paul J. Barbadoro
                                         United States District Judge

Date: March 13, 2018

cc:   Kenneth H. Hart, pro se
       Zeth Zoracki, Esq.