UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Kenneth H. Hart

        v.                                    Case No. 16-cv-28-PB

Ryan Goulette, et al



                              ORDER


     No objection having been filed, I herewith approve the Report and

Recommendation of Magistrate Judge Andrea K. Johnstone dated August 7,

2018 .  "'[O]nly those issues fairly raised by the objections to the

magistrate's report are subject to review in the district court and

those not preserved by such objection are precluded on appeal.'"

School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st

Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848

F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to

file a specific objection to magistrate's report will waive the right

to appeal). For reasons set forth in the Report and Recommendation,

the defendants' motion for summary judgment (doc. no. 96), is granted.

Dr. Linda DeLorey's Rule 54(b) motion (doc. no. 95), is denied as

moot.  The clerk shall enter judgment and close the case.


                                        /s/ Paul J. Barbadoro
                                        Paul J. Barbadoro
                                        United States District Judge

Date: August 29, 2018




cc:   Kenneth H. Hart, pro se
      Jonathan A. Lax, Esq.
      Seth Michael Zoracki, Esq.